AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Bobby Prieto

*Defendant(s)*

Case No. 26-MJ-8283-PGL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 24, 2026 in the county of Suffolk in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit of Homeland Security Investigations (HSI) Special Agent Matthew R. Blais

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew R. Blais, Special Agent, HSI

*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date:

*Judge's signature*

City and state: Boston, Massachusetts

Hon.Paul G. Levenson, U.S. Chief Magistrate Judge

*Printed name and title*